Local Bankruptcy Form 9014-3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                              : Chapter 13
    Robert E. Lefever         :
    Linda L. Lefever,         : No. 16-16589-mdc
        Debtors              :

NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE

Branch Banking and Trust Company, Successor in Interest to Graystone Bank, has filed a Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. Section 362 and Bankruptcy Rules 9014 and 4001 in order to exercise its state law rights and remedies as concerns its mortgage lien against Debtors, Robert E. Lefever and Linda L. Lefever's premises located at 601 Quail Creek, Manheim a/k/a 2856 Pinch Road, Rapho Township, Manheim, Lancaster, Pennsylvania.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before January 14, 2017 you or your attorney must do all of the following:

    (a)    File an answer explaining your position at

        900 Market Street
        Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail; it early enough so that it will be received on or before the date stated above; and

    (b)    mail a copy to the movant's attorney:

        Donald R. Geiter, Esquire
        Barley Snyder
        126 East King Street
        Lancaster, PA 17602
        Telephone:  (717) 299-5201
        Facsimile:   (717) 291-4660

    2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

    3.    A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman on January 26, 2017, at 11:00 a.m. in Courtroom 2, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.

    4.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

    5.    You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: December 30, 2016