United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-16589-mdc
Robert E. Lefever                                                     Chapter 13
Linda L. Lefever
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Eileen                Page 1 of 2              Date Rcvd: Jan 11, 2017
                              Form ID: 167                Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2017.
```
db             +Robert E. Lefever,    3148 Pinch Road,    Manheim, PA 17545-9552
jdb            +Linda L. Lefever,    200 Houck Drive, Apt.D,    Manheim, PA 17545-9813
cr             +Branch Banking and Trust Company,    Barley Snyder, LLP,    126 E. King Street,
                 Lancaster, PA 17602-2893
cr              Lancaster County Tax Claim Bureau,    150 N. Queen St.,    P. O. Box 1447,
                 Lancaster, PA  17608-1447
13793554       +Aes/cit Ed,   1200 N 7th Street,    Harrisburg, PA 17102-1419
13819529        American Express Bank FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
13793555      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bk Of Amer,    Po Box 982235,    El Paso, TX 79998)
13793568      ++CITIBANK,    PO BOX 6043,    SIOUX FALLS SD 57117-6043
               (address filed with court:  Sunoco/citi,    Attention: Bankruptcy,    7920 Nw 110th St.,
                 Kansas City, MO 64153)
13815739        ECMC,    PO BOX 16408,    St Paul, MN 55116-0408
13793561       +LANCASTER COUNTY TAX CLAIM,    150 NORTH QUEEN STREET SUITE 122,    Lancaster, PA 17603-3562
13793562       +Lvnv Funding, Llc,    Po Box 4499,    Beaverton, OR 97076-4499
13839716       +MIDLAND FUNDING LLC,    PO BOX 2011,    WARREN, MI 48090-2011
13793564       +Parda Federal Credit U,    P O Box 5010,    Rochester, MI 48308-5010
13793569       +SUSQUEHANNA BANK,    1570 MANHEIM PIKE,    Lancaster, PA 17601-3038
13793566       +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
13793567       +State Farm Fncl Svcs F,    State Farm Bank/ Attention: Bankruptcy,    Po Box 2328,
                 Bloomington, IL 61702-2328
13793570       +Susquehanna Bank Pa,    1570 Manheim Pike,    Lancaster, PA 17601-3038
13793573      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota Mtr,    Toyota Financial Services,    Po Box 8026,
                 Cedar Rapids, IA 52408)
13828714       +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
13793558      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:  Elan Financial Service,    777 E Wisconsin Ave,
                 Milwaukee, WI 53202)
13793574       +Xls/cit Educ Loan Trus,    Po Box 61047,    Harrisburg, PA 17106-1047
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/PDF: gecsedi@recoverycorp.com Jan 12 2017 01:46:16      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13813797        E-mail/Text: bankruptcy@bbandt.com Jan 12 2017 01:51:26      BB&T,    PO Box 1847,
                 Wilson, NC 27894-1847
13793556        E-mail/Text: mrdiscen@discover.com Jan 12 2017 01:51:21      Discover Financial Ser,
                 Po Box 30948,    Salt Lake City, UT 84130
13793557       +E-mail/Text: dplbk@discover.com Jan 12 2017 01:52:06      Discover Personal Loan,
                 Attention: Bankruptcy,    Po Box 30954,    Salt Lake City, UT 84130-0954
13802211       +E-mail/Text: DSLBKYPRO@discover.com Jan 12 2017 01:52:06      Discover Student Loans,
                 PO BOX 30925,    Salt Lake City, UT 84130-0925
13793559        E-mail/Text: cio.bncmail@irs.gov Jan 12 2017 01:51:23      IRS DEPARTMENT OF THE TREASURY,
                 ACS SUPORT,    PO BOX 8208,    Philadelphia, PA 19101-8208
13793560       +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 12 2017 01:51:23      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
13831029        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 12 2017 01:46:16
                 LVNV Funding, LLC its successors and assigns as,     assignee of GCV, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13793563       +E-mail/Text: unger@members1st.org Jan 12 2017 01:52:35      Members 1st Fcu,    5000 Louise Drive,
                 Mechanicsburg, PA 17055-4899
13804475        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 12 2017 01:54:12
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13796606       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 12 2017 01:51:42
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
13793587        E-mail/PDF: rmscedi@recoverycorp.com Jan 12 2017 01:46:16
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13793571       +E-mail/PDF: gecsedi@recoverycorp.com Jan 12 2017 01:46:15      Syncb/lumber Liquidato,
                 C/o P.o. Box 965036,    Orlando, FL 32896-0001
13793572       +E-mail/PDF: gecsedi@recoverycorp.com Jan 12 2017 01:46:15      Synchrony Bank/Care Credit,
                 Attn: bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
                                                                                              TOTAL: 14
```

```
District/off: 0313-2           User: Eileen             Page 2 of 2              Date Rcvd: Jan 11, 2017
                               Form ID: 167             Total Noticed: 35

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13793565      ##+RMR HOLDINGS, LLC,    616 PAXTON PLACE, SUITE 101,    Lititz, PA 17543-8277
                                                                                 TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2017                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2017 at the address(es) listed below:
              ALAINE V. GRBACH    on behalf of Joint Debtor Linda L. Lefever avgrbach@aol.com
              ALAINE V. GRBACH    on behalf of Debtor Robert E. Lefever avgrbach@aol.com
              DONALD R. GEITER    on behalf of Creditor   Branch Banking and Trust Company dgeiter@barley.com,
               jrachor@barley.com;cbrelje@barley.com;kbraas@barley.com;kcunneen@barley.com
              MATTHEW S BLEACHER    on behalf of Creditor   Lancaster County Tax Claim Bureau
               mbleacher@n-hlaw.com,
               bsolodky@n-hlaw.com;jsimmerok@n-hlaw.com;dpeiffer@n-hlaw.com;dsheaffer@n-hlaw.com;rcronin@n-hlaw.
               com
              THOMAS I. PULEO    on behalf of Creditor   Toyota Motor Credit Corporation tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Robert E. Lefever and Linda L. Lefever
    Debtor(s)

Case No: 16−16589−mdc
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*\*rescheduled\*
Motion for Relief from Stay re: 2013 TOYOTA RAV4, VIN: JTMDFREV2DD043519.Filed by Toyota Motor Credit Corporation Represented by THOMAS I. PULEO

on: 2/2/17

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 1/11/17

Timothy B. McGrath
Clerk of Court

24 − 19
Form 167