IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robert E. Lefever<br>   Linda L. Lefever<br>      Debtors | CHAPTER 13 |
| Toyota Motor Credit Corporation<br>      Movant<br>  vs. | NO. 16-16589 MDC |
| Robert E. Lefever<br>Linda L. Lefever<br>      Debtors | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>      Trustee | |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2013 TOYOTA RAV4, VIN: JTMDFREV2DD043519 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 2nd day of February 2017.

                     _____
                     United States Bankruptcy Judge.

cc: See attached service list