UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                              : Chapter 13
    Robert E. Lefever                          :
    Linda L. Lefever,                            : No. 16-16589-mdc
        Debtors                                 :

## ORDER

AND NOW, to wit this 2nd day of February, 2017, upon consideration of the Motion of Branch Banking and Trust Company, Successor in Interest to Graystone Bank from Automatic Stay, after notice and a hearing, it is

ORDERED that the automatic stay pursuant to 11 U.S.C. Section 362 is hereby vacated to allow Branch Banking and Trust Company, Successor in Interest to Graystone Bank, to exercise its state law rights and remedies against the property located at 601 Quail Creek, Manheim a/k/a 2856 Pinch Road, Rapho Township, Manheim, Lancaster County, Pennsylvania, under applicable state law, it is

FURTHER ORDERED that Rule 4001(a)(3) shall not apply to this Order and Branch Banking and Trust Company, Successor in Interest to Graystone Bank, shall be entitled to immediately exercise its rights and remedies against the foregoing Property.

BY THE COURT

*Magdeline D. Co*
Magdeline D. Coleman
United States Bankruptcy Court

Philadelphia, Pennsylvania
cc: See Attached List

5446569