United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-16589-mdc
Robert E. Lefever                                                     Chapter 13
Linda L. Lefever
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Stacey              Page 1 of 1           Date Rcvd: Feb 06, 2017
                             Form ID: pdf900           Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2017.
db           +Robert E. Lefever,   3148 Pinch Road,   Manheim, PA 17545-9552
jdb          +Linda L. Lefever,   200 Houck Drive, Apt.D,   Manheim, PA 17545-9813
cr           +Branch Banking and Trust Company,   Barley Snyder, LLP,   126 E. King Street,
              Lancaster, PA 17602-2893
cr            Lancaster County Tax Claim Bureau,   150 N. Queen St.,   P. O. Box 1447,
              Lancaster, PA  17608-1447

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: bankruptcy@phila.gov Feb 07 2017 02:04:25     City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 07 2017 02:04:12
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 07 2017 02:04:20     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr            E-mail/PDF: gecsedi@recoverycorp.com Feb 07 2017 01:55:56     Synchrony Bank,
              c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
              Miami, FL  33131-1605
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2017 at the address(es) listed below:
              ALAINE V. GRBACH    on behalf of Joint Debtor Linda L. Lefever avgrbach@aol.com
              ALAINE V. GRBACH    on behalf of Debtor Robert E. Lefever avgrbach@aol.com
              DONALD R. GEITER    on behalf of Creditor    Branch Banking and Trust Company dgeiter@barley.com,
               jrachor@barley.com;cbrelje@barley.com;kbraas@barley.com;kcunneen@barley.com
              MATTHEW S BLEACHER    on behalf of Creditor    Lancaster County Tax Claim Bureau
               mbleacher@n-hlaw.com,
               bsolodky@n-hlaw.com;jsimmerok@n-hlaw.com;dpeiffer@n-hlaw.com;dsheaffer@n-hlaw.com;rcronin@n-hlaw.com
              THOMAS I. PULEO    on behalf of Creditor    Toyota Motor Credit Corporation tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robert E. Lefever<br>    Linda L. Lefever<br>                Debtors | CHAPTER 13 |
| Toyota Motor Credit Corporation<br>                Movant<br>    vs. | NO. 16-16589 MDC |
| Robert E. Lefever<br>Linda L. Lefever<br>                Debtors | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>                Trustee | |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2013 TOYOTA RAV4, VIN: JTMDFREV2DD043519 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 2nd day of February 2017.

_____
United States Bankruptcy Judge.

cc: See attached service list