UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| Robert E. Lefever and | : | |
| Linda L. Lefever, | : | No. 16-16589-mdc |
| Debtors | : | |

ENTRY OF APPEARANCE AND REQUEST
FOR SERVICE OF PAPERS, RECEIPT OF
NOTICES, AND INCLUSION ON NOTICE LIST

TO THE CLERK OF THE BANKRUPTCY COURT:

PLEASE TAKE NOTICE that the undersigned law firm is counsel for a party in interest in the above-captioned case, and, pursuant to Bankruptcy Rules 2002 and 9007, our client respectfully requests that all notices given or required to be given in this case and in any adversary proceedings by the Court, the Debtors, any Creditors' Committee, any Trustee, the United States Trustee, any Trustee subsequently appointed, and/or any other party in interest in this case be given to our client and the undersigned counsel at the addresses and to the persons, telephone numbers and telecopier set forth below. This request includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statement of affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph, telex, telecopier, or otherwise:

| | |
|---|---|
| Branch Banking and Trust Company, Successor in Interest to Graystone Bank 400 N. Tampa Street, Suite 2300 Tampa, FL 33602 | Attorney and Address: Joseph P. Schalk, Esquire Barley Snyder, LLP 126 East King Street Lancaster, PA 19602-2893 Telephone No: (717) 299-5201 Email Address: jschalk@barley.com |

5634873.1

PLEASE TAKE FURTHER NOTICE that client intends that neither this notice of appearance nor any later appearance, pleading, claim or suit shall waive (i) client's rights to have orders in non-core matters entered only after de novo review by a District Judge, (ii) client's right to trial by jury in any proceeding so triable in this case or any other cases, controversies or proceedings related to this case, (iii) client's right to have the District Court withdraw the reference in any matter subject to mandatory or discretional withdrawal, (iv) client's right to have the Bankruptcy Court and the District Court abstain in any matter subject to mandatory or discretionary abstention or (v) any other rights, claims, actions, defenses, set-offs or recoupments to which client is or may be entitled under agreements or in law or in equity, all of which rights, claims, actions, defenses, set-offs and recoupments client expressly reserves.

DATED: May 31, 2017   By:   /s/ Joseph P. Schalk, Esquire
Joseph P. Schalk, Esquire
Barley Snyder, LLP
PA Attorney I.D. No. 91656
126 East King Street
Lancaster, PA 17602-2893
(717) 299-5201

We hereby certify that copies of this Entry of Appearance were served by U.S. First Class Mail, postage prepaid, upon the following entities on the date hereof:

Debtor:
Robert E. Lefever
3148 Pinch Road
Manheim, PA 17545

Linda L. Lefever
200 Houck Drive, Apt. D
Manheim, PA 17545

Trustee:
William C. Miller
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

Debtor's Attorney:
Alaine V. Grbach, Esquire
675 Estelle Drive
Lancaster, PA 17601

U.S. Trustee:
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

5634873.1