**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | CHAPTER 13 |
| | : | |
| **ROBERT E. LEFEVER AND** | : | BANKRUPTCY NO. 16-16589 |
| **LINDA L. LEFEVER,** | : | |
| | : | |
| **Debtors.** | : | |
| | : | |

**CERTIFICATE OF SERVICE**

    I, Alaine V. Grbach, Esq., do hereby certify that a copy of the Motion to Sell Residential Real Estate, Proposed Order, Notice of Hearing, was forwarded either by e-notice or first class mail on 16th day of October, 2017 to the Debtors, the Office of the U.S. Trustee and the following:

ALL CREDITORS ON MATRIX and all e-notice parties

**Trustee William Miller, Esquire**

Respectfully submitted,

/s/ Alaine V. Grbach
Alaine V. Grbach, Esq.
675 Estelle Drive
Lancaster, PA 17601
(717) 399-8420
Attorney ID No. 45485
Attorney for Debtor