# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re: Robert E. Lefever / Linda L. Lefever, Debtor(s)

Case No. 15-16769
Chapter 13

## Notice of Change of Address

Debtor's Social Security Number: xxx-xx-8149

Joint Debtor's Social Security Number: xxx-xx-4471

**My (Our) Former Mailing Address and Telephone Number was:**

Name: Robert Lefever ,ONLY

Street: 3148 Pinch Road

City, State and Zip: Manheim, PA 17545

Telephone #:

**Please be advised that effective IMMEDIATLY,
my (our) new mailing address and telephone number is:**

Name: Robert. Lefever

Street: 13 Oakwood Lane

City, State and Zip: Lititz, PA 17543

Telephone #:

/s/ Robert. Lefever
Robert. Lefever
Joint Debtor