United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                         Case No. 16-16589-mdc
Robert E. Lefever                                              Chapter 13
Linda L. Lefever
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 1            Date Rcvd: Jun 15, 2018
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2018.
db/db         #+Robert E. Lefever,   Robert E. Lefever,   3148 Pinch Road,   Manheim, PA 17545-9552

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 15, 2018 at the address(es) listed below:
              ALAINE V. GRBACH    on behalf of Debtor Robert E. Lefever avgrbach@aol.com
              ALAINE V. GRBACH    on behalf of Joint Debtor Linda L. Lefever avgrbach@aol.com
              DONALD R. GEITER    on behalf of Creditor    Branch Banking and Trust Company dgeiter@barley.com,
               jrachor@barley.com;cbrelje@barley.com;kbraas@barley.com
              JOSEPH PATRICK SCHALK    on behalf of Creditor    Branch Banking and Trust Company
               jschalk@barley.com,    cbrelje@barley.com;jrachor@barley.com
              MATTHEW S BLEACHER    on behalf of Creditor    Lancaster County Tax Claim Bureau
               mbleacher@n-hlaw.com,    bsolodky@n-hlaw.com;jsimmerok@n-hlaw.com;dpeiffer@n-hlaw.com
              THOMAS I. PULEO    on behalf of Creditor    Toyota Motor Credit Corporation tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | |
|---|---|---|
| **ROBERT E. LEFEVER AND LINDA L. LEFEVER,** | : | CHAPTER 13 |
| DEBTORS. | : | CASE NO. 16-16589 |
| | : | |

## ORDER

**AND NOW,** upon consideration of the Application, for Compensation ("the Application") filed by the Debtors counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $3,500.00 and expenses in the amount of $281.00.

3. The Chapter 13 Trustee chapter 13 is authorized to distribute to the Application as an administrative expense pursuant to 11 U.S.C. § 1326(b), 11 U.S.C. § 507, 11 U.S.C. §503(b) and 11 U.S.C. § 330(a)(4)(B), the allowed compensation set forth in ¶2 less $0.00 which was paid by the Debtor prepetition, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

**DATED:** June 15, 2018

_____
**Honorable Magdeline D. Coleman,**
**U.S. BANKRUPTCY JUDGE**