# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re: Robert E. Lefever / Linda L. Lefever, Debtor(s)

Case No. 16-16589
Chapter 13

## Notice of Change of Address

Debtor's Social Security Number:  xxx-xx-8149

Joint Debtor's Social Security Number:  xxx-xx-4471

**My (Our) Former Mailing Address and Telephone Number was:**

Name:  Linda Lefever, ONLY

Street:  200 HOUCK DRIVE, APT. D

City, State and Zip:  Manheim, PA 17545

Telephone #:

**Please be advised that effective IMMEDIATLY, my (our) new mailing address and telephone number is:**

Name:  Linda. Lefever

Street:  200 Ponda Vista Lane, Apartment E

City, State and Zip:  Manheim, PA 17545

Telephone #:

/s/ Linda. Lefever
Linda Lefever
Joint Debtor