# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re: Robert E. Lefever, Linda L. Lefever, Debtor(s)

Case No. 16-16589
Chapter 13

## Notice of Change of Address

Debtor's Social Security Number: xxx-xx-8149

Joint Debtor's Social Security Number: xxx-xx-4471

**Please be advised that effective IMMEDIATELY, the new mailing address for Robert Lefever is:**

Name: Robert Lefever

Street: 1420 Picket Drive

City, State and Zip: Lancaster, PA 17601

Telephone #:

/s/ Robert Lefever