United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Robert E. Lefever  
Linda L. Lefever  
    Debtors

Case No. 16-16589-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Apr 30, 2021      Form ID: 138NEW      Total Noticed: 44

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Robert E. Lefever, 3148 Pinch Road, Manheim, PA 17545-9552 |
| db | + | Robert E. Lefever, MAILING ADDRESS, 1420 Picket Drive, Lancaster, PA 17601-4581 |
| jdb | #+ | Linda L. Lefever, 200 Houck Drive, Apt.D, Manheim, PA 17545-9813 |
| jdb | + | Linda L. Lefever, Mailing Address, 200 Ponda Vista Lane, Apartment E, Manheim, PA 17545-9816 |
| aty | + | JOSEPH PATRICK SCHALK, Office of the United States Trustee, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101-1722 |
| cr | + | Branch Banking and Trust Company, Barley Snyder, LLP, 126 E. King Street, Lancaster, PA 17602-2893 |
| cr | | Lancaster County Tax Claim Bureau, 150 N. Queen St., P. O. Box 1447, Lancaster, PA 17608-1447 |
| 13793554 | + | Aes/cit Ed, 1200 N 7th Street, Harrisburg, PA 17102-1419 |
| 13819529 | | American Express Bank FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13793555 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bk Of Amer, Po Box 982235, El Paso, TX 79998 |
| 13856589 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 13857065 | #+ | Branch Banking and Trust Company, successor in int, 400 N. Tampa Street, Suite 2300, Tampa, FL 33602-4708 |
| 13859408 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13815739 | | ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 13793561 | + | LANCASTER COUNTY TAX CLAIM, 150 NORTH QUEEN STREET SUITE 122, Lancaster, PA 17603-3562 |
| 13793564 | + | Parda Federal Credit U, P O Box 5010, Rochester, MI 48308-5010 |
| 13793565 | + | RMR HOLDINGS, LLC, 616 PAXTON PLACE, SUITE 101, Lititz, PA 17543-8277 |
| 13793569 | + | SUSQUEHANNA BANK, 1570 MANHEIM PIKE, Lancaster, PA 17601-3038 |
| 13793570 | + | Susquehanna Bank Pa, 1570 Manheim Pike, Lancaster, PA 17601-3038 |
| 13793573 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Mtr, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |
| 13828714 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 13793558 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, Elan Financial Service, 777 E Wisconsin Ave, Milwaukee, WI 53202 |
| 13793574 | + | Xls/cit Educ Loan Trus, Po Box 61047, Harrisburg, PA 17106-1047 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 01 2021 03:47:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 01 2021 03:47:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/PDF: gecsedi@recoverycorp.com | May 01 2021 03:17:10 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13813797 | | Email/Text: bankruptcy@bbandt.com | May 01 2021 03:47:00 | BB&T, PO Box 1847, Wilson, NC 27894-1847 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 30, 2021 | Form ID: 138NEW | Total Noticed: 44 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 13793568 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 01 2021 03:17:16 | Sunoco/citi, Attention: Bankruptcy, 7920 Nw 110th St., Kansas City, MO 64153 |
| 13793556 | | Email/Text: mrdiscen@discover.com | May 01 2021 03:47:00 | Discover Financial Ser, Po Box 30948, Salt Lake City, UT 84130 |
| 13793557 | + | Email/Text: dplbk@discover.com | May 01 2021 03:47:00 | Discover Personal Loan, Attention: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 13802211 | + | Email/Text: DSLBKYPRO@discover.com | May 01 2021 03:47:00 | Discover Student Loans, PO BOX 30925, Salt Lake City, UT 84130-0925 |
| 13793559 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 01 2021 03:47:00 | IRS DEPARTMENT OF THE TREASURY, ACS SUPORT, PO BOX 8208, Philadelphia, PA 19101-8208 |
| 13793560 | + | Email/Text: PBNCNotifications@peritusservices.com | May 01 2021 03:47:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 13793567 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | May 01 2021 03:47:00 | State Farm Fncl Svcs F, State Farm Bank/ Attention: Bankruptcy, Po Box 2328, Bloomington, IL 61702 |
| 13831029 | | Email/PDF: resurgentbknotifications@resurgent.com | May 01 2021 03:19:06 | LVNV Funding, LLC its successors and assigns as, assignee of GCV, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13793562 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | May 01 2021 03:47:00 | Lvnv Funding, Llc, Po Box 4499, Beaverton, OR 97076-4499 |
| 13839716 | + | Email/Text: bankruptcydpt@mcmcg.com | May 01 2021 03:47:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 13793563 | + | Email/Text: unger@members1st.org | May 01 2021 03:47:00 | Members 1st Fcu, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 13804475 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 01 2021 03:20:57 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13796606 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 01 2021 03:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 13793587 | | Email/PDF: rmscedi@recoverycorp.com | May 01 2021 03:19:04 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13793566 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 01 2021 03:21:00 | Sears/cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 13793571 | + | Email/PDF: gecsedi@recoverycorp.com | May 01 2021 03:19:03 | Syncb/lumber Liquidato, C/o P.o. Box 965036, Orlando, FL 32896-0001 |
| 13793572 | + | Email/PDF: gecsedi@recoverycorp.com | May 01 2021 03:17:11 | Synchrony Bank/Care Credit, Attn: bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 13793558 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 01 2021 03:47:00 | Elan Financial Service, 777 E Wisconsin Ave, Milwaukee, WI 53202 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 30, 2021 | Form ID: 138NEW | Total Noticed: 44 |

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 02, 2021         Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALAINE V. GRBACH | on behalf of Joint Debtor Linda L. Lefever avgrbach@aol.com |
| ALAINE V. GRBACH | on behalf of Debtor Robert E. Lefever avgrbach@aol.com |
| DONALD R. GEITER | on behalf of Creditor Branch Banking and Trust Company dgeiter@barley.com jrachor@barley.com;cbrelje@barley.com;kbraas@barley.com |
| MATTHEW S BLEACHER | on behalf of Creditor Lancaster County Tax Claim Bureau mbleacher@n-hlaw.com jsimmerok@n-hlaw.com |
| THOMAS I. PULEO | on behalf of Creditor Toyota Motor Credit Corporation tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Robert E. Lefever and Linda L. Lefever

       Debtor(s)

Bankruptcy No: 16−16589−mdc

Chapter: 13

___

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

        For The Court
        Timothy B. McGrath
        Clerk of Court

Dated: 4/30/21

102 − 100
Form 138_new