United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Robert E. Lefever  
Linda L. Lefever  
    Debtors

Case No. 16-16589-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2  
Date Rcvd: Jun 02, 2021     Form ID: 195     Total Noticed: 4

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert E. Lefever, MAILING ADDRESS, 1420 Picket Drive, Lancaster, PA 17601-4581 |
| db | #+ | Robert E. Lefever, 3148 Pinch Road, Manheim, PA 17545-9552 |
| jdb | + | Linda L. Lefever, Mailing Address, 200 Ponda Vista Lane, Apartment E, Manheim, PA 17545-9816 |
| jdb | #+ | Linda L. Lefever, 200 Houck Drive, Apt.D, Manheim, PA 17545-9813 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2021      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2021 at the address(es) listed below:

**Name**      **Email Address**

ALAINE V. GRBACH  
    on behalf of Debtor Robert E. Lefever avgrbach@aol.com

ALAINE V. GRBACH  
    on behalf of Joint Debtor Linda L. Lefever avgrbach@aol.com

DONALD R. GEITER  
    on behalf of Creditor Branch Banking and Trust Company dgeiter@barley.com  
    jrachor@barley.com;cbrelje@barley.com;kbraas@barley.com

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jun 02, 2021 | Form ID: 195 | Total Noticed: 4

| | |
|---|---|
| MATTHEW S BLEACHER | on behalf of Creditor Lancaster County Tax Claim Bureau mbleacher@n-hlaw.com  jsimmerok@n-hlaw.com |
| THOMAS I. PULEO | on behalf of Creditor Toyota Motor Credit Corporation tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

| | |
|---|---|
| In re: | : Chapter 13 |
| Robert E. Lefever and Linda L. Lefever | : Case No. 16−16589−mdc |
| Debtor(s) | |

### ORDER
_____

AND NOW, this day , June 2, 2021 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court

109
Form 195